# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HANZAL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BEL COURT APARTMENTS, LLC,<br><br>　　　　Defendant. | **ORDER REASSIGNING THE ACTION**<br><br>Former Case No.: 1:18-cv-0054- LJO - JLT<br><br>**New Case No.: 1:18-cv-0054-JLT** |

In the Joint Scheduling Report filed on May 1, 2017, the plaintiff and defendant indicated that "[a]ll parties consent to Magistrate jurisdiction" for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (*See* Doc. 10 at 5)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. All further papers filed in this action shall bear the new case number: **1:18-cv-0054-JLT**.

IT IS SO ORDERED.

Dated: __May 8, 2018__　　　　　　　　___/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1