# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HANZAL,<br><br>        Plaintiff,<br><br>   v.<br><br>BEL COURT APARTMENTS, LLC,<br><br>        Defendant. | Case No.: 1:18-CV-0054-JLT<br><br>ORDER DISMISSING THE CASE WITH PREJUDICE |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **DISMISSED with PREJUDICE**. The parties shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: **February 11, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE